COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-028-CV

IN RE MICHAEL MILLER RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's application for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's application for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: HOLMAN, J.; CAYCE, C.J.; and LIVINGSTON, J.

LIVINGSTON, J., not participating.

DELIVERED: January 18, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.